# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GLEN THOMPKINS

NO. 2020 KW 0944

**DECEMBER 7, 2020**

---

In Re:    Glen Thompkins, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 558,909.

---

**BEFORE: HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT